## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Terry Chol Kim fka Chol Hyon Kim<br>                              Debtor | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>                              Movant<br>        vs. | |
| Terry Chol Kim fka Chol Hyon Kim<br>                              Debtor | NO. 18-16663 MDC |
| William C. Miller, Esquire<br>                              Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Stipulation of BANK OF AMERICA, N.A., which was filed with the Court on or about March 5, 2020 (Document No. 51). It is a Certificate of No Response that was filed under the incorrect caption. A correct version will follow.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

March 5, 2020