## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terry Chol Kim fka Chol Hyon Kim | CHAPTER 13 |
| Debtor(s) | |
| BANK OF AMERICA, N.A. | |
| Movant | |
| vs. | |
| | NO. 18-16663 MDC |
| Terry Chol Kim fka Chol Hyon Kim | |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 10½ day of March , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2015 BMW M4, ("Vehicle"), bearing a VIN Number WBS3R9C58FK331641.

_Magdeline D. C_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge