United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terry Chol Kim  
    Debtor

Case No. 18-16663-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Linda   Page 1 of 1   Date Rcvd: Mar 10, 2020  
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
db        +Terry Chol Kim,   25 Park Lane S.,   Unit 2309,   Jersey City, NJ 07310-3139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:  
        JOSEPH L QUINN    on behalf of Debtor Terry Chol Kim CourtNotices@rqplaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terry Chol Kim fka Chol Hyon Kim<br>Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>Movant<br>vs.<br>Terry Chol Kim fka Chol Hyon Kim<br>Debtor(s) | NO. 18-16663 MDC |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 10th day of March, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the U 2015 BMW M4, ("Vehicle"), bearing a VIN Number WBS3R9C58FK331641.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge