# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Terry Chol Kim,                                :         Chapter 13
                 Debtor              :         No. :  18-16663-mdc
                                                      :

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

      Kindly update the Court's records to reflect a new address for debtor Terry Chol Kim, effective immediately, to:

4802 Congress Court

North Wales, PA 19454

                               ROSS, QUINN & PLOPPERT, P.C.

                               By:     /s/ Joseph Quinn
                                           Joseph Quinn, Esquire
                                           Attorney I.D. No. 307467
                                           192 S. Hanover Street, Suite 101
                                           Pottstown, PA 19464
                                           T: 610.323.5300
                                           F: 610.323.6081
                                           JQuinn@rqplaw.com

Date: March 30, 2020