# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16663-MDC

    TERRY CHOL KIM

    4802 CONGRESS COURT

    NORTH WALES, PA 19454-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TERRY CHOL KIM

    4802 CONGRESS COURT

    NORTH WALES, PA 19454-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

        /S/ William C. Miller

Date: 6/18/2020

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee