# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Terry Chol Kim,  : Chapter 13
            Debtor  : No. :  18-16663-mdc
              :

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor Terry Chol Kim, effective immediately, to:

        24 Jones Street, Apt 223
        Newark, NJ 07103


        ROSS, QUINN & PLOPPERT, P.C.

    By:    /s/ Joseph Quinn
            Joseph Quinn, Esquire
            Attorney I.D. No. 307467
            192 S. Hanover Street, Suite 101
            Pottstown, PA 19464
            T: 610.323.5300
            F: 610.323.6081
            JQuinn@rqplaw.com

Date: October 22, 2020