# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16663-MDC

TERRY CHOL KIM

24 JONES STREET, APT 223

NEWARK, NJ 07103-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TERRY CHOL KIM

    24 JONES STREET, APT 223

    NEWARK, NJ 07103-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

Date: 5/19/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee