# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Terry Chol Kim,  : Chapter 13
            Debtor  : No. : 18-16663-mdc
              :

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor Terry Chol Kim, effective immediately, to:

7 Augusta Court
Skillman, NJ 08558

ROSS, QUINN & PLOPPERT, P.C.

By:  /s/ Joseph Quinn
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: November 2, 2021