# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16663-MDC

TERRY CHOL KIM

7 AUGUSTA COURT

SKILLMAN, NJ 08558-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TERRY CHOL KIM

    7 AUGUSTA COURT

    SKILLMAN, NJ 08558-

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

Date: 4/5/2023

                                                      /S/ Kenneth E. West
                                                      _____
                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee