United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-16663-mdc

Terry Chol Kim     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 30, 2023     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry Chol Kim, 7 Agusta Court, Skillman, NJ 08558-2229 |
| 14467246 | + | BANK OF AMERICA, N.A., C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14295535 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14209320 | + | Midland Funding, C/O Joshua T. McNamara, Esq., Law Offices of Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 14209323 | #+ | Sage Lending, PO Box 240, Commerce, GA 30529-0004 |
| 14209324 | | Scott J. Best, Weltman Weinberg & Reis Co., LPA, 170 S. Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |
| 14209327 | | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:19 | Resurgent Capital Services for CVI SGP Acquisition, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:39:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14209311 | + | Email/Text: bncnotifications@pheaa.org | May 31 2023 04:34:00 | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14222871 | | Email/PDF: bncnotices@becket-lee.com | May 31 2023 04:49:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14209312 | + | Email/PDF: bncnotices@becket-lee.com | May 31 2023 04:49:40 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14209313 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2023 04:34:00 | Bank of America, N.A., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14226677 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2023 04:34:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14209314 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:39:22 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14209316 | + | Email/Text: electronicbkydocs@nelnet.net | May 31 2023 04:34:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |

Case 18-16663-mdc   Doc 90   Filed 06/01/23   Entered 06/02/23 00:36:45   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14215011 | | Email/Text: mrdiscen@discover.com | May 31 2023 04:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14209317 | + | Email/Text: mrdiscen@discover.com | May 31 2023 04:34:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14209318 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | May 31 2023 04:34:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14209315 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:39:22 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14236436 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14209319 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:19 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 14237812 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2023 04:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14219611 | | Email/PDF: cbp@onemainfinancial.com | May 31 2023 04:39:19 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14209321 | + | Email/PDF: cbp@onemainfinancial.com | May 31 2023 04:39:18 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14243946 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 04:39:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14210350 | + | Email/PDF: rmscedi@recoverycorp.com | May 31 2023 04:39:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14209322 | | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:39:26 | Pay Pal/Bill Me Later, PO Box 105658, Atlanta, GA 30348-5658 |
| 14242651 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:18 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14246383 | + | Email/Text: bncmail@w-legal.com | May 31 2023 04:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14209325 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 31 2023 04:39:23 | Sofi Lending Corp, 375 Healdsburg Ave Ste 2, Healdsburg, CA 95448-4150 |
| 14209326 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:39:27 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14211295 | + | Email/PDF: gecsedi@recoverycorp.com | May 31 2023 04:39:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14223769 | + | Email/Text: electronicbkydocs@nelnet.net | May 31 2023 04:34:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14238639 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2023 04:39:18 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14246385 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 37 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Terry Chol Kim CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    Chapter 13
TERRY CHOL KIM

          Debtor                              Bankruptcy No. 18-16663-MDC

# O R D E R

**AND NOW**, this  25th  day of  May , 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge